# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:25-M -00128(1) |
| | § | |
| (1) Leonardo Alfonso Villarreal-Ortega | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 10, 2025** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Leonardo Alfonso VILLARREAL-Ortega, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Eagle Pass, Tx, Intl Bridge #2 on 01/21/2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, KETTLE-MARCH, JAVAIR** and that this complaint is based on the following facts: *"The defendant, Leonardo Alfonso VILLARREAL-Ortega, was arrested by Border Patrol Agents, on January 10, 2025 for being an alien illegally present in the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ KETTLE-MARCH, JAVAIR
Signature of Complainant
KETTLE-MARCH, JAVAIR
Border Patrol Agent

01/13/2025
File Date

at  DEL RIO, Texas
City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                          Case Number: DR:25-M -00128(1)

(1) Leonardo Alfonso Villarreal-Ortega

**Continuation of Statement of Facts:**

United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 01/21/2024 through Eagle Pass, Tx, Intl Bridge #2. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____          _____
Signature of Judicial Officer                     /s/ KETTLE-MARCH, JAVAIR
                                                          Signature of Complainant